IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00148-CR

No. 10-09-00149-CR

No. 10-09-00150-CR

No. 10-09-00151-CR

No. 10-09-00152-CR

 

Lacedric Ray,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 77th District
Court

Limestone County, Texas

Trial Court Nos. 11343-A,
11344-A, 11345-A, 11346-A, and 11630-A

 



MEMORANDUM  Opinion



 

Lacedric Ray appeals from his five
felony judgments of conviction for which the trial court imposed sentence in
open court on January 30, 2009.  A motion for new trial was timely filed, but
the notice of appeal was not filed until May 7, 2009, more than ninety days
after sentence was imposed in open court.  See Tex. R. App. P. 26.2(a)(2) (providing that notice of appeal
must be filed within 90 days after date sentence imposed if defendant timely
files a motion for new trial).  A timely motion for extension of time was not
filed.  See id. 26.3 (providing that motion for extension must be filed
within 15 days after deadline for filing of notice of appeal).

Ray’s appointed counsel on appeal has
advised us by letter of the untimeliness of Ray’s notices of appeal, has
informed us that he has notified Ray, and has conceded that we lack
jurisdiction.

Because Ray’s notices of appeal are
untimely, we lack jurisdiction and dismiss these appeals.

 

REX D. DAVIS

Justice

 

Before
Chief Justice Gray,

Justice Reyna, and

Justice Davis

Appeals
dismissed

Opinion
delivered and filed July 22, 2009

Do not publish

[CRPM]